```
1  Jack Silver, Esq. SBN  160575
2  Jerry Bernhaut, Esq. SBN 206264
   Law Office of Jack Silver
3  Post Office Box 5469
   Santa Rosa, CA 95402-5469
4  Tel.   (707) 528-8175
   Fax.   (707) 528-8675
5  lhm28843@sbcglobal.net

6  Attorneys for Plaintiff
7  NORTHERN CALIFORNIA RIVER WATCH
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation,<br><br>Plaintiff,<br>v.<br><br>UNION PACIFIC RAILROAD COMPANY, WEST COAST METALS, INC., and DOES 1-10, Inclusive,<br><br>Defendants | CASE NO.  C08-01256 WDB<br><br>**PLAINTIFF'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**<br>**[L.R. 3-16]** |

Pursuant to Civil L.R. 3-16, plaintiff certifies that as of this date, other than the named parties to this action, plaintiff is aware of no other entities or persons having either any financial interest in these proceedings or any other kind of interest which could be substantially affected by the outcome of these proceedings.

Dated: March 6, 2008



JERRY BERNHAUT
Attorney for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

C08-01256 WDB
PLAINTIFF'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS