Cameron S. Kirk, Esq. (SB# 108013)
Karin P. Beam, Esq. (SB# 112331)
SPAULDING McCULLOUGH & TANSIL LLP
90 South E Street, Suite 200
P.O. Box 1867
Santa Rosa, CA  95402
Telephone:    (707) 524-1900
Facsimile:    (707) 524-1906
kirk@smlaw.com; beam@smlaw.com

Attorneys for Defendant
WEST COAST METALS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA WATCH, a Non-Profit Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY, WEST COAST METALS, INC., and DOES 1-10, inclusive,<br><br>Defendants. | Case No.:  4:08-cv-01256-WDB<br><br>STIPULATION RE: EXTENSION TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER |

The parties hereto, by and through their counsel, Karin P. Beam of Spaulding McCullough & Tansil LLP for defendant West Coast Metals, Inc. and Jack Silver of Law Office of Jack Silver for plaintiff Northern California River Watch, do hereby stipulate and request this Court as follows:

1. The parties agree that defendant West Coast Metals, Inc. will have an additional 30 days to respond to the Complaint, to and including June 16, 2008, so that during that intervening time potential tender matters can be addressed toward less costly resolution of the matter.

2. The parties hereby request that the Initial Case Management Conference now set for June 11, 2008, be continued to a date after July 16, 2008, with the Rule 26 Disclosure Report and related dates also moved to reflect a modified Case Management Conference.

STIPULATION RE: EXTENSION TO RESPOND TO COMPLAINT
AND [PROPOSED] ORDER

4:08-cv-01256-WDB

| | |
|---|---|
| DATED: May 16, 2008 | SPAULDING McCULLOUGH & TANSIL LLP<br>Attorneys for Defendant<br>WEST COAST METALS, INC. |
| | By: ____/s/ Karin P. Beam____<br>        Karin P. Beam |
| DATED: May 16, 2008 | LAW OFFICE OF JACK SILVER<br>Attorney for Plaintiff<br>NORTHERN CALIFORNIA RIVER WATCH |
| | By: ____/s/ Jack Silver____<br>        Jack Silver |

## ORDER

IT IS SO ORDERED.

DATED: _____

_____
Magistrate Judge Wayne D. Brazil