1  **MICHAEL L. JOHNSON (SBN: 88884)**
   **UNION PACIFIC RAILROAD COMPANY**
2  **Law Department**
   10031 Foothills Boulevard, Suite 200
3  Roseville, CA  95747
   General:       916-789-6400
4  Direct:        916-789-6231
   Fax:           916-789-6227
5  Email:         MLJOHNS1@UP.COM

6  Attorneys for Defendants
   UNION PACIFIC RAILROAD COMPANY
7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9

10 | NORTHERN CALIFORNIA WATCH, | Case No.:CV-01256-WDB |
11 | a non-profit Corporation, | |
   | | **DEFENDANT UNION PACIFIC** |
12 | Plaintiff, | **RAILROAD COMPANY'S NOTICE OF** |
   | | **MOTION AND MOTION TO DISMISS** |
13 | | **PLAINTIFF'S COMPLAINT** |
   | v. | |
14 | | Date:  August 27, 2008 |
   | | Time:  1:30 p.m. |
15 | UNION PACIFIC RAILROAD COMPANY, | Dept:  Courtroom 4 |
   | WEST COAST METALS INC., and DOES 1 – 10, | Judge:  Magistrate Judge Wayne D. Brazil |
16 | Inclusive, | |

17       Defendants.

18 TO PLAINTIFF AND THEIR ATTORNEYS OF RECORD HEREIN:

19    PLEASE TAKE NOTICE THAT, at 1:30 p.m. on Thursday, August 27, 2008, or as soon thereafter
20 as the matter may be heard, Defendant Union Pacific Railroad Company ("Union Pacific") will move to
21 dismiss the Complaint in this action pursuant to Rules 12(b)(1) and 12(b)(6 of the Federal Rules of Civil
22 Procedure ("FRCP").  This motion will be heard by the Honorable Wayne D. Brazil, Magistrate Judge of
23 the United States District Court for the Northern District of California, in Courtroom 4 of the United States
24 Courthouse located at 450 Golden Gate Avenue, San Francisco, California.
25    The grounds for this motion are as follows:
26    1.    The First Cause of Action for discharge of pollutants from a point source without an NPDES
27 permit must be dismissed for both lack of subject matter jurisdiction and failure to state a claim upon which
28 relief can be granted, under FRCP 12(b)(1) and 12(b)(6).

-1-

2. The Second Cause of Action for violation of RCRA 42 U.S.C. §6972(a)(1)(A) must be dismissed for failure to state a claim upon which relief can be granted, under FRCP 12(b)(6).

3. The Third Cause of Action for violation of RCRA 42 U.S.C. §6972 (a)(1)(B) must be dismissed for failure to state a claim upon which relief can be granted, under FRCP 12(b)(6).

This motion is based upon this Notice, the Memorandum of Points and Authorities filed in support of the motion upon all pleadings, files and records herein, and upon such matters and argument as may be presented to the Court at the hearing of this motion.

DATED: May 16, 2008

UNION PACIFIC RAILROAD COMPANY


By: /S/ Mike L. Johnson_____

Attorneys for Defendant
UNION PACIFIC RAILROAD COMPANY

## CERTIFICATE OF SERVICE

I, MELISSA B. HAGAN, hereby certify that a true and correct copy of the above and foregoing instrument was served in the following manner:

| | |
|---|---|
| Certified Mail | _____ |
| Facsimile | _____ |
| Messenger/Hand Delivery | _____ |
| Electronic Filing - Via Clerk | __x__ |

upon the following counsel of record:

Jack Silver, Esq.
Law Office of Jack Silver
Jerry Bernhaut, Esq.,
Post Office Box 5469
Santa Rosa, CA 95402-5469

on this 16th day of May, 2008.

/s/ Melissa Hagan
Melissa Hagan