**MICHAEL L. JOHNSON (SBN: 88884)**
**UNION PACIFIC RAILROAD COMPANY**
**Law Department**
10031 Foothills Boulevard, Suite 200
Roseville, CA 95747
General:  916-789-6400
Direct:  916-789-6231
Fax:  916-789-6227
Email: MLJOHNS1@UP.COM

Attorneys for Defendants
UNION PACIFIC RAILROAD COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA WATCH, a non-profit Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY, WEST COAST METALS INC., and DOES 1 – 10, Inclusive,<br><br>    Defendants. | Case No.:CV-01256-WDB<br><br>**[PROPOSED] ORDER DISMISSING PLAINTIFF'S COMPLAINT**<br><br>Date: August 27, 2008<br>Time: 1:30 p.m.<br>Dept: Courtroom 4<br>Judge: Magistrate Judge Wayne D. Brazil |

This Motion to Dismiss Plaintiff's Complaint filed by Defendant Union Pacific Railroad Company came on regularly for hearing on August 27, 2008 before the Court. Having considered the papers submitted by the parties and the arguments presented by counsel, and good cause appearing therefore, the Court finds that Plaintiff's Complaint must be dismissed in its entirety for lack of subject matter jurisdiction and failure to state a claim on which relief can be granted under Federal Rule of Civil Procedure 12(b)(1) (First Cause of Action) and Federal Rule of Civil Procedure 12(b)(6) (First, Second and Third Causes of Action). Specifically, the Court finds that

- Plaintiff's First Cause of Action must be dismissed for lack of subject matter jurisdiction because Plaintiff fails to identify the point source and the date of the alleged violations in the mandatory sixty-day Notice required under the Federal Water Pollution Control Act ("Clean

Water Act" or "CWA"), 33 U.S.C. §§1251, *et seq.*, and therefore the Court lacks jurisdiction over its claims.

- Plaintiff's First Cause of Action must be dismissed for failure to state a claim upon which relief can be granted under the Clean Water Act because under the pleaded facts Plaintiff's allegations regarding a point source do not describe a discernible, confined, or discrete conveyance requiring an NPDES permit

- Plaintiff's Second and Third Cause of Action must be dismissed for failure to state a claim upon which relief can be granted under the Resource Conservation and Recovery Act, 42 U.S.C. §§6972 (a)(1)(A) and (B).

IT IS THEREFORE HEREBY ORDERED that the Motion to Dismiss by Union Pacific Railroad Company is GRANTED and all claims for relief alleged in Plaintiff's Complaint against Union Pacific Railroad Company are hereby dismissed.

DATED: _____

By: _____
Honorable Wayne D. Brazil
United States Magistrate Judge