UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Northern California River Watch, a non-
profit Corporation

           Plaintiff(s),

           v.

Union Pacific Railroad, West Coast Metals,
et al

           Defendant(s).
_____/

CASE NO. C08-01256 WDB

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓    have not yet reached an agreement to an ADR process
     request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference JUNE 11, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Claire Morel-Seytoux - | Plaintiff | 707-935-7527 | morel@stanfordalumni.org |
| Jack Silver - | Plaintiff | 707-829-0934 | warrioreco@yahoo.com |
| Melissa B. Hagan - Defendant - Union Pacific Railroad | | 713-220-3207 | mbhagan@up.com |
| Cameron Scott Kirk - Defendant - West Coast Metals, Inc. | | 707-524-1900 | kirk@smlaw.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 05/21/2008

                                  Attorney for Plaintiff

Dated: 05/21/2008

                                  Attorney for Defendant West Coast Metals

Rev 12.05

    Dated: 05/21/2008

                                  Attorney for Defendant