1  Cameron S. Kirk, Esq. (SB# 108013)
   Karin P. Beam, Esq. (SB# 112331)
2  SPAULDING McCULLOUGH & TANSIL LLP
   90 South E Street, Suite 200
3  P.O. Box 1867
   Santa Rosa, CA  95402
4  Telephone:    (707) 524-1900
   Facsimile:     (707) 524-1906
5  kirk@smlaw.com; beam@smlaw.com

6  Attorneys for Defendant
   WEST COAST METALS, INC.
7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10

11 | NORTHERN CALIFORNIA RIVER WATCH, a Non-Profit Corporation, | Case No.: 4:08-cv-01256-WDB |
12 | | |
   | Plaintiff, | CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |
13 | | |
   | vs. | |
14 | | |
   | UNION PACIFIC RAILROAD COMPANY, WEST COAST METALS, INC., and DOES 1-10, inclusive, | |
15 | | |
16 | | |
   | Defendants. | |
17

18     CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

19     In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

20 hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further

21 proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the

22 judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

23

24 DATED:  May 21, 2008           SPAULDING McCULLOUGH & TANSIL LLP
                                  Attorneys for Defendant
25                                WEST COAST METALS, INC.

26

27                                By:    /s/ Karin P. Beam
                                         Karin P. Beam
28

1

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE           4:08-cv-01256-WDB