ADRIAN L. RANDOLPH (SBN: 133577)
**MICHAEL L. JOHNSON (SBN: 88884)**
**BRIAN W. PLUMMER (SBN: 240210)**
**UNION PACIFIC RAILROAD COMPANY**
**Law Department**
10031 Foothills Boulevard, Suite 200
Roseville, CA  95747
General:        916-789-6400
Direct:         916-789-6231
Fax:            916-789-6227

Attorneys for Defendants
UNION PACIFIC RAILROAD COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA WATCH, a non-profit Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY, WEST COAST METALS INC., and DOES 1 – 10, Inclusive,<br><br>Defendants. | Case No.: 4:08-CV-01256-WDB<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED:  May 28, 2008                    UNION PACIFIC RAILROAD COMPANY

                                        By:   /S/ MICHAEL L. JOHNSON
                                              MICHAEL L. JOHNSON
                                              BRIAN W. PLUMMER
                                              Attorneys for Defendant
                                              UNION PACIFIC RAILROAD COMPANY