UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA WATCH,<br><br>       Plaintiff,<br><br>  v.<br><br>UNION PACIFIC RAILROAD, et al.<br><br>       Defendants.<br>_____/ | No.  C 08-1256 WDB<br><br>NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE |

       The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge.  The case management conference set for June 11, 2008, at 4:00 p.m. is vacated.

Dated: May 28, 2008
                                                  Richard W. Wieking, Clerk
                                                  United States District Court

*Sarah Weinstein*

                                                  By:  SarahWeinstein
                                                      Law Clerk/Deputy Clerk

G:\WDBLC1\FORMS\impending reassignment clerks notice.wpd