**UNITED STATES DISTRICT COURT**
**Northern District of California**
1301 Clay Street
Oakland, California 94612
_____
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

May 29, 2008

CASE NUMBER:  CV 08-01256 WDB
CASE TITLE:  NORTHERN CA WATCH-v-UNION PACIFIC RAILROAD

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable MAXINE M. CHESNEY** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **MMC** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: May 29, 2008

FOR THE EXECUTIVE COMMITTEE:

_____
Richard W. Wieking
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies          Special Projects
Log Book Noted                          Entered in Computer 05/29/08 cl

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                 Transferor CSA