1  Michael L. Johnson (California State Bar No. 88884)
   UNION PACIFIC RAILROAD COMPANY
2  10031 Foothills Blvd., Ste. 200
   Roseville, CA 95747
3  Telephone: (916) 789-6221
   Facsimile:  (916) 789-6227
4  Email:  mljohns1@up.com

5  Attorney for Defendant
   UNION PACIFIC RAILROAD COMPANY
6

FILED
MAY 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Fee Pd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA WATCH<br><br>Plaintiffs,<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY<br><br>Defendant. | Case No. CV081256 – MMC<br><br>**APPLICATION OF ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to Civil L.R. 11-3, Melissa Hagan, an active member in good standing of the bar of Texas, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Union Pacific Railroad Company in the above-entitled action.

In support of this application, I certify on oath that:

1.  I am an active member in good standing of the highest court of Texas;

2.  I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.  An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

APPLICATION OF ADMISSION OF
ATTORNEY PRO HAC VICE                                   Case No. CV081256

1
2
3
4

Michael L. Johnson, State Bar No. 88884
Union Pacific Railroad Company
10031 Foothills Blvd, Suite 200
Roseville, CA. 95747
Telephone: (916) 789-6221

5

I declare under penalty of perjury that the foregoing is true and correct.

6
7

Dated: May 27, 2008

*/s/ Melissa Hagan*
Melissa Hagan

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

APPLICATION OF ADMISSION OF
ATTORNEY PRO HAC VICE
- 2 -
Case No. CV081256

**CERTIFICATE OF SERVICE**

I, MELISSA B. HAGAN, hereby certify that a true and correct copy of the above and foregoing instrument was served in the following manner:

| | |
|---|---|
| Certified Mail | __X__ |
| Facsimile | _____ |
| Messenger/Hand Delivery | _____ |
| Electronic Filing - Via Clerk | _____ |

upon the following counsel of record:

Jack Silver, Esq.
Law Office of Jack Silver
Jerry Bernhaut, Esq.,
Post Office Box 5469
Santa Rosa, CA 95402-5469

on this 27th day of May, 2008.

_____
Melissa Hagan

APPLICATION OF ADMISSION OF
ATTORNEY PRO HAC VICE
- 3 -
Case No. CV081256

1

2
RECEIVED
3
MAY 29 2008
4
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
5 NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

6

7

8                           UNITED STATES DISTRICT COURT

9                           NORTHERN DISTRICT OF CALIFORNIA

10

11 | NORTHERN CALIFORNIA WATCH        Case No. CV01256-~~WDB~~ MMC

12 |            Plaintiffs,                **[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF**

13 |       v.                             **ATTORNEY *PRO HAC VICE***

14 | UNION PACIFIC RAILROAD COMPANY

15 |            Defendant.

16

17       Melissa Hagan, an active member in good standing of the bars of Texas, whose business

18 address and telephone number is 1001 McKinney, Ste. 900, Houston, Texas 77002, (713) 220-

19 3207, having applied in the above-entitled action for admission to practice in the Northern

20 District of California on a *pro hac vice* basis, representing defendant Union Pacific Railroad

21 Company in the above-entitled action,

22       IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

23 conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

24 *vice*. Service of papers upon and communication with co-counsel designated in the application

25 will constitute notice to the party. All future filings in this action are subject to the requirements

26

27

28
[PROPOSED] ORDER GRANTING
APPLICATION OF ADMISSION OF                                         Case No. CV081256
ATTORNEY PRO HAC VICE

1  contained in General Order No. 45, Electronic Case Filing.

2

3  Dated: _____, 2008   By: _____
4                                                                 Honorable Wayne D. Brazil
                                                               United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROPOSED] ORDER GRANTING
APPLICATION OF ADMISSION OF                                                                            Case No. CV081256
ATTORNEY PRO HAC VICE                          - 2 -