RECEIVED
MAY 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA WATCH<br><br>Plaintiffs,<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY<br><br>Defendant. | Case No. CV01256-~~WDB~~ MMC<br><br>[~~PROPOSED~~] **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Melissa Hagan, an active member in good standing of the bars of Texas, whose business address and telephone number is 1001 McKinney, Ste. 900, Houston, Texas 77002, (713) 220-3207, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing defendant Union Pacific Railroad Company in the above-entitled action,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements

[PROPOSED] ORDER GRANTING
APPLICATION OF ADMISSION OF                                    Case No. CV081256
ATTORNEY PRO HAC VICE

1  contained in General Order No. 45, Electronic Case Filing.

2

3  Dated: ___June 5_____, 2008    By: *[signature: Maxine M. Chesney]*

4  Honorable ~~Wayne D. Brazil~~ Maxine M. Chesney
   United States ~~Magistrate~~ Judge
5  District

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROPOSED] ORDER GRANTING
APPLICATION OF ADMISSION OF                               Case No. CV081256
ATTORNEY PRO HAC VICE              - 2 -