Cameron S. Kirk, Esq. (SB# 108013)
Karin P. Beam, Esq. (SB# 112331)
SPAULDING McCULLOUGH & TANSIL LLP
90 South E Street, Suite 200
P.O. Box 1867
Santa Rosa, CA  95402
Telephone:    (707) 524-1900
Facsimile:      (707) 524-1906
kirk@smlaw.com; beam@smlaw.com

Attorneys for Defendant
WEST COAST METALS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA WATCH, a Non-Profit Corporation,<br><br>             Plaintiff,<br><br>     vs.<br><br>UNION PACIFIC RAILROAD COMPANY, WEST COAST METALS, INC., and DOES 1-10, inclusive,<br><br>             Defendants. | Case No.:  4:08-cv-01256-MMC<br><br>STIPULATION RE: EXTENSION TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER |

The parties hereto, by and through their counsel, Karin P. Beam of Spaulding McCullough & Tansil LLP for defendant West Coast Metals, Inc. and Jack Silver of Law Office of Jack Silver for plaintiff Northern California River Watch, do hereby stipulate and request this Court as follows:

1.     The parties agree that defendant West Coast Metals, Inc. will have an additional week to respond to the Complaint, to and including June 23, 2008, so that during that intervening time potential matters can be addressed toward less costly resolution of the matter.

DATED: June 16, 2008         SPAULDING McCULLOUGH & TANSIL LLP
                              Attorneys for Defendant
                              WEST COAST METALS, INC.


                              By:    /s/ Karin P. Beam
                                     Karin P. Beam

1  DATED: June 16, 2008                LAW OFFICE OF JACK SILVER
                                       Attorney for Plaintiff
2                                      NORTHERN CALIFORNIA RIVER WATCH

3

4                                      By:      /s/ Jack Silver
                                                Jack Silver
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>ORDER</u>

IT IS SO ORDERED.

DATED: June 17, 2008

*Maxine M. Chesney*
Judge Maxine M. Chesney

STIPULATION RE: EXTENSION TO RESPOND TO COMPLAINT           4:08-cv-01256-MMC
AND [PROPOSED] ORDER