1  Cameron S. Kirk, Esq. (SB# 108013)
   Karin P. Beam, Esq. (SB# 112331)
2  SPAULDING McCULLOUGH & TANSIL LLP
   90 South E Street, Suite 200
3  P.O. Box 1867
   Santa Rosa, CA  95402
4  Telephone:    (707) 524-1900
   Facsimile:    (707) 524-1906
5  kirk@smlaw.com; beam@smlaw.com

6  Attorneys for Defendant
   WEST COAST METALS, INC.
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | NORTHERN CALIFORNIA RIVER WATCH, a | Case No.:  3:08-cv-01256-MMC
    | Non-Profit Corporation, |
12  |  |
    | Plaintiff, | [PROPOSED] ORDER
13  |  |
    | vs. |
14  |  |
    | UNION PACIFIC RAILROAD COMPANY, |
15  | WEST COAST METALS, INC., and DOES 1- | Date:   August 29, 2008
    | 10, inclusive, | Time:   9:00 a.m.
16  |  | Courtroom:   7
    | Defendants. | Judge:  Hon. Maxine M. Chesney
17

18      West Coast Metals, Inc.'s Motion to Dismiss Plaintiff's Complaint came on regularly for

19 hearing on August 29, 2008 before this Court.  Having considered the papers submitted by the

20 parties, and the arguments presented by counsel, and good cause appearing therefore, the Court

21 orders as follows:

22      1.   Plaintiff's First Cause of Action is dismissed for lack of subject matter jurisdiction and

23 for failure to state a claim upon which relief can be granted.  (FRCP 12(b)(1) and 12(b)(6).)

24      2.   Plaintiff's Second and Third Causes of Action are hereby dismissed for failure to state

25 a claim upon which relief can be granted.  (42 U.S.C. §6972(a)(1)(A)(B).)

26

27 DATED: _____        _____
                                        Honorable Maxine M. Chesney
28

                                      1