**MELISSA B. HAGAN (Texas Bar No. 17225200)**
**UNION PACIFIC RAILROAD COMPANY**
**Law Department**
1001 McKinney St., Ste. 900
Houston, TX 77002
Direct: 713 220 3207
Fax:    713 220 3215
Email: mbhagan@up.com

**MICHAEL L. JOHNSON (SBN: 88884)**
**UNION PACIFIC RAILROAD COMPANY**
**Law Department**
10031 Foothills Boulevard, Suite 200
Roseville, CA  95747
General:      916-789-6400
Direct:        916-789-6231
Fax:           916-789-6227
Email:         MLJOHNS1@UP.COM

Attorneys for Defendants
UNION PACIFIC RAILROAD COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA WATCH, a non-profit Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>UNION PACIFIC RAILROAD COMPANY, WEST COAST METALS INC., and DOES 1 – 10, Inclusive,<br><br>    Defendants. | Case No.:CV-01256-WDB<br><br>**DEFENDANT UNION PACIFIC RAILROAD COMPANY'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Date: Friday, August 29, 2008<br>Time:  9:00 a.m.<br>Dept: Courtroom 7, 19th Floor<br>Judge: Judge Maxine M. Chesney |

TO PLAINTIFF AND THEIR ATTORNEYS OF RECORD HEREIN:

    PLEASE TAKE NOTICE THAT, at 9:00 a.m. on Friday, August 29, 2008, or as soon thereafter as the matter may be heard, Defendant Union Pacific Railroad Company ("Union Pacific") will move to dismiss the Complaint in this action pursuant to Rules 12(b)(1) and 12(b)(6 of the Federal Rules of Civil Procedure ("FRCP").  This motion will be heard by the Honorable Maxine M. Chesney, Judge of the

1  United States District Court for the Northern District of California, in Courtroom 7, 19th Floor of the United
2  States Courthouse located at 450 Golden Gate Avenue, San Francisco, California.

3  The grounds for this motion are as follows:

4  1. The First Cause of Action for discharge of pollutants from a point source without an NPDES
5  permit must be dismissed for both lack of subject matter jurisdiction and failure to state a claim upon which
6  relief can be granted, under FRCP 12(b)(1) and 12(b)(6).

7  2. The Second Cause of Action for violation of RCRA 42 U.S.C. §6972(a)(1)(A) must be
8  dismissed for failure to state a claim upon which relief can be granted, under FRCP 12(b)(6).

9  3. The Third Cause of Action for violation of RCRA 42 U.S.C. §6972 (a)(1)(B) must be
10  dismissed for failure to state a claim upon which relief can be granted, under FRCP 12(b)(6).

11  This motion is based upon this Notice, the Memorandum of Points and Authorities filed in support
12  of the motion upon all pleadings, files and records herein, and upon such matters and argument as may be
13  presented to the Court at the hearing of this motion.

14  DATED:  July 1, 2008

UNION PACIFIC RAILROAD COMPANY


By: /S/ Melissa B. Hagan_____

Attorneys for Defendant
UNION PACIFIC RAILROAD COMPANY

**CERTIFICATE OF SERVICE**

I, MELISSA B. HAGAN, hereby certify that a true and correct copy of the above and foregoing instrument was served in the following manner:

        Certified Mail                           _____

        Facsimile                                 _____

        Messenger/Hand Delivery     _____

        Electronic Filing - Via Clerk    ___x___

upon the following counsel of record:

        Jack Silver, Esq.
        Law Office of Jack Silver
        Jerry Bernhaut, Esq.,
        Post Office Box 5469
        Santa Rosa, CA 95402-5469

        Cameron S. Kirk
        Karin P. Beam
        Spaulding, McCullough & Tansil LLP
        90 South W. Street, Ste. 200
        P. O. Box 1867
        Santa Rosa Ca 95402

on this 1st day of July, 2008.

                                                    /s/ Melissa Hagan_____
                                                    Melissa Hagan