Cameron S. Kirk, Esq. (SB# 108013)
Karin P. Beam, Esq. (SB# 112331)
SPAULDING McCULLOUGH & TANSIL LLP
90 South E Street, Suite 200
P.O. Box 1867
Santa Rosa, CA  95402
Telephone:     (707) 524-1900
Facsimile:     (707) 524-1906
kirk@smlaw.com; beam@smlaw.com

Attorneys for Defendant
WEST COAST METALS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA WATCH, a Non-Profit Corporation,<br><br>           Plaintiff,<br><br>    vs.<br><br>UNION PACIFIC RAILROAD COMPANY, WEST COAST METALS, INC., and DOES 1-10, inclusive,<br><br>           Defendants. | Case No.:  3:08-cv-01256-MMC<br><br>STIPULATION RE: RESCHEDULING OF CASE MANAGEMENT DATES AND ADR DEADLINES AND [PROPOSED] ORDER |

The parties hereto, by and through their counsel Jack Silver of Law Office of Jack Silver for plaintiff Northern California River Watch, Melissa Hagan for Union Pacific Railroad Company, and Karin P. Beam of Spaulding McCullough & Tansil LLP for defendant West Coast Metals, Inc., do hereby stipulate and request this Court as follows:

Based on the two pending Motions to Dismiss the Complaint, one filed herein by Union Pacific Railroad Company and one filed by West Coast Metals, Inc., each set for hearing on August 29, 2008, the parties agree that the dates presently calendared in the case, including the ADR deadlines, the Case Management Conference, and the Rule 26 Disclosure date, be continued to dates after the hearings on the pending Motions to Dismiss, so as to allow cost-efficient handling of the matter for all parties, as well as judicial efficiency.  The parties respectfully request that this Court

re-set the current dates in the case to enable hearing on the Motions to Dismiss prior to the additional Court proceedings as described.

DATED: June 30, 2008    LAW OFFICE OF JACK SILVER
Attorney for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

By:    /s/ Jack Silver
Jack Silver

DATED: June 30, 2008    UNION PACIFIC RAILROAD COMPANY –
LEGAL DEPARTMENT
Attorney for Defendant
UNION PACIFIC RAILROAD COMPANY

By:    /s/ Melissa Hagan
Melissa Hagan

DATED: June 30, 2008    SPAULDING McCULLOUGH & TANSIL LLP
Attorneys for Defendant
WEST COAST METALS, INC.

By:    /s/ Karin P. Beam
Karin P. Beam

1 <u>ORDER</u>

2        IT IS SO ORDERED.

3

4 DATED: _____    _____
5                                    Judge Maxine M. Chesney

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

STIPULATION RE: RESCHEDULING OF CASE MANAGEMENT                    3:08-cv-01256-MMC
DATES AND ADR DEADLINES AND [PROPOSED] ORDER