IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, | No. C-08-1256 MMC |
| Plaintiff, | **ORDER DIRECTING DEFENDANT WEST COAST METALS, INC. TO SUBMIT CHAMBERS COPY IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |
| v. | |
| UNION PACIFIC RAILROAD COMPANY, et al., | |
| Defendants / | |

On June 23, 2008, defendant West Coast Metals, Inc. electronically filed a motion to dismiss and a supporting memorandum of points and authorities. Defendant has violated General Order 45 and the Court's Standing Orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VI.G; see also Standing Orders for Civil Cases Assigned to the Honorable Maxine M. Chesney ¶ 2.

Defendant is hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced documents. Defendant is hereby advised that if it fails in the future to comply with the

1  Court's Standing Order to provide a chambers copy of each electronically-filed document,
2  the Court may impose sanctions, including, but not limited to, striking from the record any
3  electronically-filed document of which a chambers copy has not been timely provided to the
4  Court.
5  **IT IS SO ORDERED.**
6
7  Dated: July 1, 2008
8                                      MAXINE M. CHESNEY
                                    United States District Judge