1  Cameron S. Kirk, Esq. (SB# 108013)
   Karin P. Beam, Esq. (SB# 112331)
2  SPAULDING McCULLOUGH & TANSIL LLP
   90 South E Street, Suite 200
3  P.O. Box 1867
   Santa Rosa, CA  95402
4  Telephone:    (707) 524-1900
   Facsimile:    (707) 524-1906
5  kirk@smlaw.com; beam@smlaw.com

6  Attorneys for Defendant
   WEST COAST METALS, INC.
7

8             UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11 | NORTHERN CALIFORNIA WATCH, a Non-Profit Corporation, | Case No.: 3:08-cv-01256-MMC |
   | --- | --- |
12 | | |
   | Plaintiff, | STIPULATION RE: RESCHEDULING OF CASE MANAGEMENT DATES AND ADR DEADLINES AND [PROPOSED] ORDER |
13 | | |
   | vs. | |
14 | | |
   | UNION PACIFIC RAILROAD COMPANY, WEST COAST METALS, INC., and DOES 1-10, inclusive, | |
15 | | |
16 | | |
   | Defendants. | |
17

18     The parties hereto, by and through their counsel Jack Silver of Law Office of Jack Silver for

19 plaintiff Northern California River Watch, Melissa Hagan for Union Pacific Railroad Company, and

20 Karin P. Beam of Spaulding McCullough & Tansil LLP for defendant West Coast Metals, Inc., do

21 hereby stipulate and request this Court as follows:

22     Based on the two pending Motions to Dismiss the Complaint, one filed herein by Union

23 Pacific Railroad Company and one filed by West Coast Metals, Inc., each set for hearing on

24 August 29, 2008, the parties agree that the dates presently calendared in the case, including the ADR

25 deadlines, the Case Management Conference, and the Rule 26 Disclosure date, be continued to dates

26 after the hearings on the pending Motions to Dismiss, so as to allow cost-efficient handling of the

27 matter for all parties, as well as judicial efficiency.  The parties respectfully request that this Court

28

re-set the current dates in the case to enable hearing on the Motions to Dismiss prior to the additional Court proceedings as described.

DATED:  June 30, 2008          LAW OFFICE OF JACK SILVER
                               Attorney for Plaintiff
                               NORTHERN CALIFORNIA RIVER WATCH


                               By:      /s/ Jack Silver
                                    Jack Silver

DATED:  June 30, 2008          UNION PACIFIC RAILROAD COMPANY –
                               LEGAL DEPARTMENT
                               Attorney for Defendant
                               UNION PACIFIC RAILROAD COMPANY


                               By:      /s/ Melissa Hagan
                                    Melissa Hagan

DATED:  June 30, 2008          SPAULDING McCULLOUGH & TANSIL LLP
                               Attorneys for Defendant
                               WEST COAST METALS, INC.


                               By:      /s/ Karin P. Beam
                                    Karin P. Beam

## ORDER

IT IS SO ORDERED. The Case Management Conference is continued from July 11, 2008 to September 26, 2008. A Joint Case Management Statement shall be filed no later than September 19, 2008.

DATED: July 1, 2008

_____
Judge Maxine M. Chesney