Jack Silver, Esq. SBN 160575
Law Office of Jack Silver
Jerry Bernhaut, Esq. SBN 206264
Claire Morel-Seytoux, Esq. SBN 171093
Post Office Box 5469
Santa Rosa, CA 95402-5469
Tel.   (707) 528-8175
Fax.   (707) 528-8675
lhm28843@sbcglobal.net

Attorneys for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-pro fit corporation,<br><br>Plaintiff,<br>v.<br><br>UNION PACIFIC RAILROAD COMPANY, WEST COAST METALS, INC., and DOES 1-10, Inclusive,<br>Defendants.<br>_____/ | CASE NO.   C08-01256 MMC<br><br>NOTICE OF DISMISSAL OF DEFENDANT WEST COAST METALS, INC. FROM PLAINTIFF'S FIRST CLAIM FOR RELIEF |

NOTICE IS HEREBY GIVEN that Plaintiff NORTHERN CALIFORNIA RIVER WATCH hereby voluntarily dismisses its First Claim For Relief as set forth in Plaintiff's Complaint (Court Doc. #1) as against Defendant WEST COAST METALS, INC. without prejudice.    Plaintiff's First Claim For Relief shall remain in effect against Defendant Union Pacific Railroad Company.

Dated: August 1, 2008            /s/ *Jerry Bernhaut*
                                                  JERRY BERNHAUT
                                                  Attorney for Plaintiff
                                                  NORTHERN CALIFORNIA RIVER WATCH

C08-02156 MMC
Notice of Dismissal of Defendant West Coast Metals, Inc. From First Claim For Relief