1  Jack Silver, Esquire SBN# 160575
   Law Office of Jack Silver
2  Jerry Bernhaut, Esquire SBN# 206264
   Post Office Box 5469
3  Santa Rosa, California 95402-5469
   Telephone: (707) 528-8175
4  Facsimile:  (707) 528-8675
   lhm28843@sbcglobal.net
5
   Attorneys for Plaintiff
6  Northern California River Watch

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | NORTHERN CALIFORNIA RIVER         | CASE NO. C08-01256 MMC
   | WATCH, a non-profit corporation,  |
12 |                                    | **[PROPOSED] ORDER DENYING DEFENDANT UNION PACIFIC RAILROAD COMPANY'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**
   |              Plaintiff,            |
13 |       v.                           |
   |                                    |
14 | UNION PACIFIC RAILROAD COMPANY,    |
   | WEST COAST METALS, INC., and       | Date:  August 29, 2008
15 | DOES 1-10, Inclusive,              | Time:  9:00 a.m.
   |                                    | Ctrm:  7
16 |              Defendants.           | Judge: Hon. Maxine M. Chesney
17 | _____ /   |

18     Defendant UNION PACIFIC RAILROAD COMPANY, INC's Motion to Dismiss Plaintiff's

19 Complaint came on regularly for hearing on August 29, 2008.  Based upon the opposition papers filed

20 by plaintiff in connection with this Motion, the papers and records on file in this action, the arguments

21 of counsel, and good cause shown,

22     **IT IS HEREBY ORDERED,** that Defendant UNION PACIFIC RAILROAD COMPANY,

23 INC's Motion to Dismiss Plaintiff's Complaint is hereby **DENIED**.

24

25 DATED: _____        _____
                                        HON. MAXINE M. CHESNEY
26                                      JUDGE, U.S. DISTRICT COURT

27

28
   C08-01256 MMC
   [PROPOSED] ORDER DENYING DEFENDANT UNION PACIFIC RAILROAD COMPANY'S MOTION TO DISMISS
    PLAINTIFF'S COMPLAINT