1
2
3
4
5
6

Jack Silver, Esquire SBN# 160575
Law Office of Jack Silver
Jerry Bernhaut, Esquire SBN# 206264
Post Office Box 5469
Santa Rosa, California 95402-5469
Telephone: (707) 528-8175
Facsimile:  (707) 528-8675
lhm28843@sbcglobal.net

Attorneys for Plaintiff
Northern California River Watch

7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10

11   NORTHERN CALIFORNIA RIVER              CASE NO.  C08-01256 MMC
     WATCH, a non-profit corporation,
12                                          **[PROPOSED] ORDER DENYING DEFENDANT**
                        Plaintiff,          **WEST COAST METAL, INC.'S MOTION TO**
13       v.                                 **DISMISS PLAINTIFF'S COMPLAINT**

14   UNION PACIFIC RAILROAD COMPANY,        Date:       August 29, 2008
     WEST COAST METALS, INC., and           Time:       9:00 a.m.
15   DOES 1-10, Inclusive,                  Ctrm:       7
                                            Judge:      Hon. Maxine M. Chesney
16                      Defendants.
                                        /
17

18       Defendant WEST COAST METAL, INC.'s Motion to Dismiss Plaintiff's Complaint came on

19   regularly for hearing on August 29, 2008.  Based upon the opposition papers filed by plaintiff in

20   connection with this Motion, the papers and records on file in this action, the arguments of counsel, and

21   good cause shown,

22       **IT IS HEREBY ORDERED,** that Defendant, WEST COAST METAL, INC.'s Motion  to

23   Dismiss Plaintiff's Complaint is hereby **DENIED**.

24

25

26   DATED: _____      _____
                                          HON. MAXINE M. CHESNEY
27                                        JUDGE, U.S. DISTRICT COURT

28

C08-01256 MMC
[PROPOSED] ORDER DENYING DEFENDANT WEST COAST METAL, INC.'S MOTION TO DISMISS
 PLAINTIFF'S COMPLAINT