IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH,<br><br>    Plaintiff,<br><br>  v.<br><br>UNION PACIFIC RAILROAD COMPANY, et al.,<br><br>    Defendants<br>_____/ | No. C-08-1256 MMC<br><br>**ORDER VACATING AUGUST 29, 2008 HEARING** |

Before the Court are two motions to dismiss the complaint of plaintiff Northern California River Watch ("River Watch"): (1) defendant Union Pacific Railroad Company's ("Union Pacific") motion to dismiss, filed May 16, 2008, as amended July 1, 2008, and (2) defendant West Coast Metals, Inc.'s ("West Coast") motion to dismiss, filed June 23, 2008. River Watch has filed a single opposition in which it responds to each of the above-referenced motions. West Coast has filed a reply to the opposition; Union Pacific has not replied to the opposition, but has filed a Statement of Recent Opinion. Having read and considered the papers filed in support of and in opposition to the motions, the Court deems the matters suitable for decision thereon, and VACATES the hearing scheduled for August 29, 2008.

**IT IS SO ORDERED.**

Dated: August 26, 2008

                               MAXINE M. CHESNEY
                               United States District Judge