Melissa B. Hagan (SBN: 17225200 (Texas))
UNION PACIFIC RAILROAD COMPANY
Law Department
1001 McKinney St., Ste. 900
Houston, Texas 77002
Direct:     713.220.3207
Fax:        713.220.3215
mbhagan@up.com

Michael L. Johnson (SBN: 88884)
UNION PACIFIC RAILROAD COMPANY
Law Department
10031 Foothills Boulevard, Suite 200
Roseville, CA 95747
General:    916-789-6400
Direct:     916-789-6231
Fax:        916-789-6227

Attorneys for Defendants
UNION PACIFIC RAILROAD COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA WATCH, a non-profit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY, WEST COAST METALS INC. and DOES 1 – 10, Inclusive,<br><br>Defendants. | 8-CV-1256<br>Case No.: ~~CV-01256~~-MMC<br><br>**STIPULATION RE: ENLARGEMENT OF TIME TO ANSWER AND FILE CASE MANAGEMENT STATEMENT AND TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND** ~~PROPOSED~~ **ORDER**<br><br>**Date: September 26, 2008**<br>**Time: 10:30 A.M**<br>**Dept: Courtroom 7**<br>**Judge: Honorable Maxine M. Chesney** |

The parties, by and through their counsel, Melissa Hagan of the Law Department of Union Pacific Railroad for defendant Union Pacific Railroad, Jack Silver of Law Office of Jack Silver for plaintiff Northern California Watch, and Cameron S. Kirk of Spaulding, McCullough & Tansil LLP and Mordecai D. Boone of Gordon & Rees LLP for defendant West Coast Metals, Inc. stipulate and request this Court as follows:

-1-

1  The parties request that the Initial Case Management Conference now set for September 26, 2008 at 10:30 AM pdt in Courtroom 7 be continued to a date after October 13, 2008, with the Case Management Conference Statement, Rule 26 Disclosure Report and related dates also moved to reflect the modification to the date of the Case Management Conference.

The parties agree that defendants Union Pacific Railroad and West Coast Metals, Inc. will have an additional fourteen days to respond to the Complaint, to and including October 6, 2008.

The parties have agreed to these extensions to accommodate Melissa Hagan, counsel for Union Pacific Railroad who resides and works in Houston, Texas, a city significantly impacted by Hurricane Ike. Hurricane Ike made landfall in Texas on Saturday, September 13, 2008. Counsel's office and home were and continue to be impacted by Hurricane Ike such that the conduct of normal business is difficult. Hagan's office was closed from September 12, 2008 until September 17, 2008 and to date most of the Union Pacific law department staff is still unable to return to work. The parties are aware that this stipulation is filed less than the required 10 days prior to the scheduled Initial Case Management Conference as set out in L.R. 6-1(b) and asks the Court to waive this requirement under the present difficult circumstances.

DATED: September 18, 2008

Union Pacific Railroad Company

By: /s/ Melissa B. Hagan

Attorneys for Defendant
Union Pacific Railroad Company

DATED: September 18, 2008

Gordon & Rees LLP

By: /s/ Mordecai D. Boone

Attorneys for Defendant
West Coast Metals, Inc.

-2-

Stipulation Re: Enlargement of Time
CV-01256-MMC

DATED: September 18, 2008

            Spaulding McCullough & Tansil LLP

            By: /s/ Cameron Scott Kirk

            Attorneys for Defendant
            West Coast Metals, Inc.

DATED: September 18, 2008

            Law office of Jack Silver

            By: /s/ Jack Silver

            Attorneys for Plaintiff
            Northern California Watch

**ORDER**

IT IS SO ORDERED. Specifically, the Initial Case Management Conference is continued from September 26, 2008 to October 17, 2008. A Joint Case Management Statement shall be filed no later than October 10, 2008.

Dated: September 19, 2008

*Maxine M. Chesney*
Judge Maxine M. Chesney