IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA WATCH,<br><br>　　　　Plaintiffs<br><br>　v.<br><br>UNION PACIFIC RAILROAD COMPANY, et al.,<br><br>　　　　Defendants<br>_____/ | No. C-08-1256 MMC<br><br>**ORDER STRIKING DEFENDANT WEST COAST METALS, INC.'S ANSWER TO CODEFENDANT'S CROSS-ACTION** |

　　A review of the docket indicates that defendant West Coast Metals, Inc. ("WCM") electronically filed its "Answer to Codefendant Union Pacific Railroad's Cross-Action" on November 14, 2008. WCM has violated General Order 45 and the Court's Standing Orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VI.G; see also Standing Orders for Civil Cases Assigned to the Honorable Maxine M. Chesney ¶ 2.

　　WCM has repeatedly been advised of its obligation to provide chambers copies, and has been advised that future failures to comply with the requirement to provide chambers

1 copies will result in sanctions, including striking from the docket any document as to which
2 WCM failed to provide a chambers copy. (<u>See</u> Orders, filed July 1, 2008, October 15,
3 2008.) Such reminders have failed to compel compliance with General Order 45 and the
4 Court's Standing Orders.
5     Accordingly, WCM's Answer to Codefendant Union Pacific Railroad's Cross-Action
6 is hereby STRICKEN, without prejudice to WCM's refiling said document and timely
7 providing a chambers copy thereof.
8     **IT IS SO ORDERED.**

10 Dated: November 25, 2008

MAXINE M. CHESNEY
United States District Judge