1  MICHAEL J. PIETRYKOWSKI  (SBN: 118677)
   MORDECAI D. BOONE  (SBN: 196811)
2  HOLLY L. KERSHELL  (SBN: 245384)
   GORDON & REES LLP
3  Embarcadero Center West
   275 Battery Street, Suite 2000
4  San Francisco, CA  94111
   Telephone:  (415) 986-5900
5  Facsimile:  (415) 986-8054

6  Attorneys for Defendant
   WEST COAST METALS, INC.
7

8                 UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11 NORTHERN CALIFORNIA WATCH, a non-profit )   CASE NO. 3:08-cv-01256-MMC
   Corporation,                           )
12                                        )   **STIPULATION AND** ~~**PROPOSED**~~
                          Plaintiffs,     )   **ORDER RE: ENLARGEMENT OF**
13                                        )   **TIME TO AMEND THE**
             vs.                          )   **PLEADINGS**
14                                        )
   UNION PACIFIC RAILROAD COMPANY, WEST   )   Complaint Filed: June 12, 2008
15 COAST METALS, INC., and DOES 1-10, Inclusive, )
                                          )
16                        Defendants.     )
                                          )
17 _____)

18         The parties, by and through their counsel, Mordecai D. Boone and Holly L. Kershell of

19 Gordon & Rees LLP for Defendant West Coast Metals, Inc., Jack Silver of Law Office of Jack

20 Silver for Plaintiff Northern California River Watch, and Melissa B. Hagan of the Law

21 Department of Union Pacific Railroad for Defendant Union Pacific Railroad stipulate and

22 request this Court as follows:

23         The parties request that the deadline to amend the pleadings, now set for January 2, 2009,

24 be extended to February 28, 2009.

25         The parties have agreed to this extension to allow time to engage in meaningful

26 settlement negotiations before the deadline to amend pleadings, at which time Defendant West

27 Coast Metals must amend its pleadings to name the several individuals and entities identified in

28 its Notice of Interested Entities.  The parties would like to avoid bringing additional parties into

1  this action, if it may resolve amongst the current parties.

2      This is the second time modification in this case. The first was granted by stipulation on
3  September 19, 2008 to accommodate counsel for Union Pacific Railroad who resides in Houston,
4  Texas, a city significantly impacted by Hurricane Ike, which caused counsel's office to close and
5  made conduct of normal business difficult.

6      The parties do not believe that the grant of this time modification will effect the schedule
7  for the case.

9  Dated: December 18, 2008        GORDON & REES LLP

12  By: _____/s/_____
    Holly L. Kershell
13  Attorneys for Defendant
    WEST COAST METALS, INC.

16  Dated: December 18, 2008        LAW OFFICE OF JACK SILVER

19  By: _____/s/_____
    Jack Silver
    Attorneys for Plaintiff
20  NORTHERN CALIFORNIA RIVER
    WATCH

23  Dated: December 18, 2008        LAW DEPARTMENT OF UNION PACIFIC
    RAILROAD

26  By: _____/s/_____
    Melissa B. Hagan
27  Attorneys for Defendant
    UNION PACIFIC RAILROAD CO.

*Gordon & ReesL LP*
*275 Battery Street, Suite 2000*
*San Francisco, CA 94111*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: December 18, 2008

_____
The Honorable Maxine M. Chesney
United States District Judge