MICHAEL J. PIETRYKOWSKI (SBN: 118677)
MORDECAI D. BOONE (SBN: 196811)
QUANG H. DANG (SBN: 206429)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
WEST COAST METALS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA WATCH, a non-profit Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY, WEST COAST METALS, INC., and DOES 1-10, Inclusive,<br><br>Defendants. | CASE NO. 3:08-cv-01256-MMC<br><br>STIPULATION AND ~~PROPOSED~~ ORDER RE: ENLARGEMENT OF TIME TO AMEND THE PLEADINGS<br><br>Complaint Filed: June 12, 2008 |

The parties, by and through their counsel, Mordecai D. Boone of Gordon & Rees LLP for Defendant West Coast Metals, Inc., Jack Silver of Law Office of Jack Silver for Plaintiff Northern California River Watch, and Melissa B. Hagan of the Law Department of Union Pacific Railroad Company for Defendant Union Pacific Railroad Company stipulate and request this Court as follows:

The parties request that the deadline to amend the pleadings, now set for February 28, 2009, be extended to May 1, 2009.

The parties have agreed to this extension to allow time to engage in meaningful settlement negotiations before the deadline to amend pleadings, at which time Defendant West Coast Metals must amend its pleadings to name the several individuals and entities identified in its Notice of Interested Entities. The parties would like to avoid bringing additional parties into

-1-

this action, if it may resolve amongst the current parties.

This is the third time modification in this case. The first was granted by stipulation on September 19, 2008 to accommodate counsel for Union Pacific Railroad Company who resides in Houston, Texas, a city significantly impacted by Hurricane Ike, which caused counsel's office to close and made conduct of normal business difficult. A second modification was granted by stipulation on December 19, 2008. Since then, the parties have had ongoing conferences and met informally on February 12, 2009. With a formal mediation session scheduled for April 9, 2009, the parties agree that good cause exists for this time modification to allow and foster ongoing settlement negotiations and mediation efforts without bringing in additional parties.

The parties do not believe that the grant of this time modification will effect the schedule for the case.

Dated: February 25, 2009        GORDON & REES LLP


                                By:  _____/s/_____
                                Mordecai Boone
                                Attorneys for Defendant
                                WEST COAST METALS, INC.

Dated: February 25, 2009        LAW OFFICE OF JACK SILVER


                                By:  _____/s/_____
                                Jack Silver
                                Attorneys for Plaintiff
                                NORTHERN CALIFORNIA RIVER WATCH

Dated: February 25, 2009        LAW DEPARTMENT OF UNION PACIFIC
                                RAILROAD COMPANY


                                By:  _____/s/_____
                                Melissa B. Hagan
                                Attorneys for Defendant
                                UNION PACIFIC RAILROAD COMPANY

-2-

STIPULATION AND PROPOSED ORDER RE: ENLARGEMENT OF TIME TO AMEND THE PLEADINGS

1

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

2

3  Dated: February 26, 2009

                                                        _____

4                                                 The Honorable Maxine M. Chesney
                                               United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-
STIPULATION AND PROPOSED ORDER RE: ENLARGEMENT OF TIME TO AMEND THE PLEADINGS