IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH,<br><br>    Plaintiff,<br><br>  v.<br><br>UNION PACIFIC RAILROAD COMPANY, et al.,<br><br>    Defendants                       / | No. C 08-1256 MMC<br><br>**ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFF'S MOTION TO COMPEL** |

      Pursuant to Civil Local Rule 72-1, plaintiff's Motion to Compel Discovery, filed March 31, 2009, and all further discovery motions, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

      Counsel will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge's chambers.

      The May 8, 2009 hearing scheduled before the undersigned is VACATED.

      **IT IS SO ORDERED**.

Dated: April 1, 2009

                                                  MAXINE M. CHESNEY<br>                                                  United States District Judge