UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NORTHERN CALIFORNIA WATCH, | ) | |
| Plaintiff(s), | ) | No. C08-1256 MMC (BZ) |
| v. | ) | **ORDER SCHEDULING TELEPHONIC CONFERENCE RE DISCOVERY DISPUTE** |
| UNION PACIFIC RAILROAD CO., et al., | ) | |
| Defendant(s). | ) | |

Having been referred plaintiff's Motion To Compel Discovery, **IT IS HEREBY ORDERED** that the defendant shall set forth its position on the discovery dispute in a letter of <u>not more</u> than **two pages** to be served and e-filed by **12:00 p.m. on Thursday, April 9, 2009.**  IT IS FURTHER ORDERED, that a telephonic conference is scheduled for **Tuesday, April 14, 2009 at 2:00 p.m.,** to discuss the discovery dispute currently at issue.  Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

Dated: April 7, 2009

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\NO. CALIF. WATCH V. UNION PACIFIC\TEL CONF1.wpd

1