MICHAEL J. PIETRYKOWSKI (SBN: 118677)
MORDECAI D. BOONE (SBN: 196811)
QUANG H. DANG (SBN: 206429)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
WEST COAST METALS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA WATCH, a non-profit Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY, WEST COAST METALS, INC., and DOES 1-10, Inclusive,<br><br>Defendants. | CASE NO. 3:08-cv-01256-MMC<br><br>STIPULATION AND ~~PROPOSED~~ ORDER RE: REQUEST FOR CASE STATUS CONFERENCE<br><br>Complaint Filed: June 12, 2008 |

The parties, by and through their counsel, Mordecai D. Boone of Gordon & Rees LLP for Defendant West Coast Metals, Inc., Jack Silver of Law Office of Jack Silver for Plaintiff Northern California River Watch, and Melissa B. Hagan of the Law Department of Union Pacific Railroad Company for Defendant Union Pacific Railroad Company stipulate and request this Court as follows:

The parties request that the Court schedule a case management conference so that the parties may update the Court on their progress in resolving this case and determine whether amending the Court's current scheduling order is appropriate.

The parties request that the Court order the current deadline to amend the pleadings, now set for May 1, 2009, be held in abeyance and reset by the Court at the requested status conference.

-1-
REQUEST FOR CASE MANAGEMENT CONFERENCE

IT IS SO STIPULATED AND REQUESTED

Dated: April 22, 2009                     GORDON & REES LLP


By: _____/s/_____
Mordecai D. Boone
Attorneys for Defendant
WEST COAST METALS, INC.


Dated: April 22, 2009                     LAW OFFICE OF JACK SILVER


By: _____/s/_____
Jack Silver
Attorneys for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH


Dated: April 22, 2009                     LAW DEPARTMENT OF UNION PACIFIC RAILROAD COMPANY


By: _____/s/_____
Melissa B. Hagan
Attorneys for Defendant
UNION PACIFIC RAILROAD COMPANY


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**A case management conference shall take place on** May 22 **at** 10:30 **a.m./**~~p.m.~~

The deadline to amend the pleadings is extended to May 29, 2009.

Dated: April 24, 2009

_/s/ Maxine M. Chesney_
The Honorable Maxine M. Chesney
United States District Judge

-2-
REQUEST FOR CASE MANAGEMENT CONFERENCE