Jack Silver, Esq. SBN  160575
Law Office of Jack Silver
Jerry Bernhaut, Esq. SBN 206264
Post Office Box 5469
Santa Rosa, CA 95402-5469
Tel.    (707) 528-8175
Fax.    (707) 528-8675
lhm28843@sbcglobal.net

Attorneys for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

Melissa B. Hagan, Esq.  SBN 17225200 (State of Texas)
Regional Environmental Counsel
Union Pacific Railroad
1001 McKinney Street, Suite 900
Houston, TX 77002
Tel.  (713) 220-3207
Fax.  (713) 220-3215
mbhagan@up.com

Attorneys for Defendant
UNITED PACIFIC RAILROAD COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation,<br><br>                Plaintiff,<br><br>        v.<br><br>UNION PACIFIC RAILROAD COMPANY, WEST COAST METALS, INC. and DOES 1 - 10, Inclusive,<br><br>                Defendants<br>_____/ | CASE NO.   C08-01256 MMC (BZ)<br><br>**STIPULATION RE DISCOVERY** ~~**[PROPOSED]**~~ **ORDER** |

C08-01256 MMC (BZ)
Stipulation Re Discovery [Proposed] Order                                                                                        1

IT IS HEREBY STIPULATED by and between Plaintiff Northern California River Watch ("River Watch") through its counsel Jack Silver, and Defendant Union Pacific Railroad ("UPR") through its counsel Melissa B. Hagan, as follows:

1. The deposition of UPR employee Jim Diel and the deposition of CH2M Hill employee Gene Ng scheduled for June 3, 2009 will proceed as scheduled unless Defendant West Coast Metals, Inc. ("WCM") cross complains against other parties by May 29, 2009.

2. If WCM cross complains against other parties, UPR and River Watch will petition the Court to suspend the current scheduling order pending the appearance of any new parties and the scheduling of a Case Management Conference.

3. If WCM cross complains against other parties by May 29, 2009, the depositions of Jim Diel and Gene NG will be rescheduled for a date no later than July 15, 2009, unless the Court suspends the current scheduling order, or another date is agreed upon in writing between UPR and River Watch.

4. The deposition of CH2M Hill employee James Curtis will not be taken on May 27, 2009.

5. Within fourteen (14) days of the date this Stipulation is executed by all parties, UPR will provide counsel for River Watch with dates for the following depositions, all to be taken before June 30, 2009.

    Michael Grant - UPR

    Matthew Moore - CH2M Hill

    Dawn Zemo - Zemo and Associates

    Susan Marie Gallardo - Geomatrix

    Dennis Maslonkowski - TRC Environmental Corp.

If WCM cross complains against other parties, these depositions will be rescheduled to a date no later than July 30, 2009, unless the Court suspends the current scheduling order, or alternative dates are agreed upon in writing between UPR and River Watch.

6. UPR states that it has produced documents in response to River Watch's First Request for Production of Documents, as they are kept in the usual course of business. Despite this, UPR agrees that within fourteen (14) days of the date this Stipulation is executed by all parties, counsel for UPR will provide counsel for River Watch with a spreadsheet designating document bates ranges, and an index indicating which of the documents produced by UPR are responsive to the specific requests in River Watch's First Request for Production of Documents.

7. If UPR determines it has not fully complied with River Watch's First Request for Production of Documents, within fourteen (14) days of the date this Stipulation, counsel for UPR will provide counsel for River Watch all documents requested but not already produced.

8. Upon the signing of this Stipulation by all parties, River Watch will withdraw its current discovery dispute pending before Magistrate Judge Zimmerman.

Dated: May 15, 2009         /s/ Jack Silver
                            JACK SILVER
                            Attorneys for Plaintiff
                            NORTHERN CALIFORNIA RIVER WATCH

Dated: May 15, 2009         /s/ Melissa B. Hagan
                            MELISSA B. HAGAN
                            Attorney for Defendant
                            UNION PACIFIC RAILROAD

**PURSUANT TO SAID STIPULATION, IT IS SO ORDERED.**

Dated: May 18, 2009         _____
                            BERNARD ZIMMERMAN, Magistrate Judge
                            United States District Court