```
 1  MICHAEL J. PIETRYKOWSKI (SBN: 118677)
    MORDECAI D. BOONE (SBN: 196811)
 2  QUANG H. DANG (SBN: 206429)
    GORDON & REES LLP
 3  Embarcadero Center West
    275 Battery Street, Suite 2000
 4  San Francisco, CA 94111
    Telephone: (415) 986-5900
 5  Facsimile: (415) 986-8054

 6  Attorneys for Defendant
    WEST COAST METALS, INC.
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA WATCH, a non-profit Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY, WEST COAST METALS, INC., and DOES 1-10, Inclusive,<br><br>Defendants. | CASE NO. 3:08-cv-01256-MMC<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER RE: ADDITIONAL PARTIES**<br><br>Complaint Filed: June 12, 2008 |

The below parties, by and through their counsel, Mordecai D. Boone of Gordon & Rees LLP for Defendant West Coast Metals, Inc. and Jack Silver of Law Office of Jack Silver for Plaintiff Northern California River Watch stipulate and request this Court as follows:

The parties advise the Court that they have reached agreement as to the additional parties to be brought into these cases and are currently working on a resolution package that will resolve these matters as to West Coast Metals, and these additional parties. The parties request that the Court order the current deadline to amend the pleadings, now set for June 30, 2009, be held in abeyance and be reset by the Court, if necessary, at the July 17, 2009, status conference.

IT IS SO STIPULATED AND REQUESTED

Dated: June 30, 2009                              GORDON & REES LLP

-1-

STIPULATION RE: ADDITIONAL PARTIES

|   |   |   |
|---|---|---|
|   | By: | /s/ |
|   |   | Mordecai D. Boone |
|   |   | Attorneys for Defendant |
|   |   | WEST COAST METALS, INC. |
| Dated: June 30, 2009 | | LAW OFFICE OF JACK SILVER |
|   | By: | /s/ |
|   |   | Jack Silver |
|   |   | Attorneys for Plaintiff |
|   |   | NORTHERN CALIFORNIA RIVER WATCH |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The deadline to add additional parties is held in abeyance and will be reset, if necessary, at the case management conference scheduled for July 17, 10:30 a.m.

Dated: July 2, 2009

*Maxine M. Chesney*
The Honorable Maxine M. Chesney
United States District Judge