1  MICHAEL J. PIETRYKOWSKI (SBN: 116877)
   MORDECAI D. BOONE (SBN: 196811)
2  KRISTINE M. GLOVER (SBN: 245246)
   GORDON & REES LLP
3  Embarcadero Center West
   275 Battery Street, Suite 2000
4  San Francisco, CA 94111

5  Attorneys for Defendant
   WEST COAST METALS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation,<br><br>Plaintiff,<br>v.<br><br>UNION PACIFIC RAILROAD COMPANY, WEST COAST METALS, INC. and DOES 1 through 10, Inclusive,<br><br>Defendants<br>_____/ | Case No.: C08-01256 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT WEST COAST METALS, INC.**<br><br>AND ORDER THEREON |

Pursuant to Rule 41(a)(1) and 41(c) of the Federal Rules of Civil Procedure, plaintiff Northern California River Watch, a non-profit corporation, on behalf of itself and its members ("Plaintiff"), on the one hand, and Defendant West Coast Metals, Inc. on the other, hereby stipulate that all claims by Plaintiff against West Coast Metals, Inc. shall be dismissed WITH PREJUDICE, each party to bear its own attorney's fees, expenses, and costs.

Dated: December 9, 2009         ___/s/ Jack Silver_____
                                 Jack Silver
                                 Attorney for Plaintiff
                                 Northern California River Watch

C08-01256 MMC
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE
AS TO DEFENDANT WEST COAST METALS, INC.                                1

Dated: December 9, 2009

GORDON & REES LLP

*/s/ Mordecai D. Boone*
Mordecai D. Boone
Attorney for Defendant
West Coast Metals, Inc.

## ORDER

It is so ORDERED that the Complaint is hereby dismissed WITH PREJUDICE, each party to bear its own attorney's fees, expenses, and costs.

DATED: December 22, 2009

_____
UNITED STATES DISTRICT JUDGE